**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-8150-BER**

**UNITED STATES OF AMERICA**

vs.

**JOSUE PINEDA-ROBLES,**

    **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?  **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *Rinku Tribuiani*
RINKU TRIBUIANI
Assistant United States Attorney
Florida Bar No. 0150990

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 24-8150-BER |
| JOSUE PINEDA-ROBLES | ) |
|  | ) |
| Defendant(s) | ) |

FILED BY ___TM___ D.C.
Mar 27, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __See below__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute fifty (50) grams or more of methamphetamine (actual) - March 29, 2023 |
| Title 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute forty (40) grams or more of a mixture containing fentanyl - May 2, 2023 and August 2, 2023 |
| Title 21 U.S.C. § 846 | Attempted possession with intent to distribute 500 grams or more of a mixture containing cocaine - March 26, 2024 |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Henry Ramos, TFO, U.S. Postal Inspection Service
_Printed name and title_

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: March 27, 2024

_Judge's signature_

City and state: West Palm Beach, FL     Bruce E. Reinhart, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, Henry Ramos, being first duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a U.S. Postal Inspector Task Force Officer with the United States Postal Inspection Service ("USPIS") since March 2021. I am currently assigned to the Miami Division, West Palm Beach Domicile miscellaneous team of the USPIS and one of my responsibilities is investigations involving the illegal use of the U.S. Mail to traffic narcotics and firearms. I have received training on the subject of narcotics trafficking and money laundering from the USPIS and different methods involving the transportation of firearms and/or narcotics, and proceeds derived from the distribution of firearms and narcotics via mail, in violation of 18 U.S.C. §§ 922(a)(1)(A) & (a)(3), and 1715, and 21 U.S.C. §§ 841(a)(1), 843(b), and 846. I have also received training involving the use of the mail and the Postal Service to launder and smuggle currency derived from specified unlawful activities, including narcotics distribution, in violation of 18 U.S.C. §§ 981, 982, 1956, and 1957, and 31 U.S.C. § 5325. I have also participated in interdiction operations targeting parcels containing illegal firearms, narcotics, and proceeds, throughout the continental U.S. While conducting investigations relative to the mailing of firearms, narcotics, and currency, I have had the opportunity to become familiar with known trafficking source and destination areas, various smuggling methods and techniques used by traffickers, and the manner in which traffickers package illicit firearms, narcotics and related proceeds.

2. Prior to my assignment with the USPIS, and since January 2014, I have been employed as a Deputy Sheriff by the Palm Beach County Sheriff's Office. Over the course of my career, I have conducted numerous investigations into the possession, sale, delivery, and trafficking of illegal narcotics and other controlled substances. I have acted in an undercover capacity to purchase narcotics from street-level dealers, conducted physical and wire surveillance, and executed numerous arrest and search warrants. I have interviewed drug traffickers, debriefed cooperators in connection with drug trafficking, monitored wiretapped conversations of drug traffickers, conducting searches of locations where drugs and money have

been found, and conducted surveillance of individuals engaged in drug trafficking.

23. This affidavit is made in support of a criminal complaint charging **JOSUE PINEDA-ROBLES a/k/a "Payaso"** with possession with the intent to distribute fifty (50) grams or more of methamphetamine (actual) on March 29, 2023, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (May 2, 2023, and August 2, 2023), and with attempted possession with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine (March 26, 2024), each in violation of 21 U.S.C. § 841(a)(1) or § 846.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this lengthy investigation.

## **PROBABLE CAUSE**

4. This application stems from an ongoing criminal investigation into PINEDA-ROBLES' receipt and distribution of illegal narcotics as part of a drug trafficking organization (DTO). Additionally, I learned that PINEDA-ROBLES received some of the narcotics he distributed through the U.S. Postal Service.

5. On March 21, 2023, a Palm Beach Sheriff's Office confidential informant (hereinafter "CI") met with M.R., a member of a DTO. During the meeting, M.R. told the CI the "windows" were coming. According to the CI, M.R. referred to crystal methamphetamine as "windows." During this meeting, PINEDA-ROBLES arrived at the location. M.R. introduced PINEDA-ROBLES to the CI and identified PINEDA-ROBLES as the person who was "coordinating" for him (M.R.) the items that were directly coming from the "hommies." M.R. told the CI that PINEDA-ROBLES had been good to him. PINEDA-ROBLES told the CI that

PINEDA-ROBLES should be coming through with at least "three windows". Based on training and experience, agents believe M.R. informed the CI that PINEDA-ROBLES coordinated drug distribution for M.R., and the drugs came from sources of supply. Agents also believe that PINEDA-ROBLES informed the CI that he (PINEDA-ROBLES) would be receiving three pounds of crystal methamphetamine. M.R. told PINEDA-ROBLES to exchange phone numbers with the CI. The CI provided PINEDA-ROBLES with his cellular number and PINEDA-ROBLES provided the CI with phone number (941) 273-XXXX. The meeting was audio/video recorded. Agents reviewed the recording and confirmed the CI's account of events.

6. On March 29, 2023, the CI contacted PINEDA-ROBLES via telephone number (941) 273-XXXX to arrange to buy methamphetamine. PINEDA-ROBLES instructed the CI to meet PINEDA-ROBLES at XXX SW First Street, Boynton Beach, Florida 33435. PINEDA-ROBLES arrived in a gray Crown Victoria. PINEDA-ROBLES met with the CI inside the apartment. The CI provided PINEDA-ROBLES with $1875 to purchase methamphetamine. PINEDA-ROBLES provided a clear bag containing a substance believed to be crystal methamphetamine. PINEDA-ROBLES explained that the bag contained 15 ounces of methamphetamine. Further conversation between PINEDA-ROBLES and the CI revealed that in addition to crystal methamphetamine, PINEDA-ROBLES also distributed fentanyl, which he referred to as "caca," and marijuana, which he referred to as "trees" and "weed." PINEDA-ROBLES stated that apartment 532 was a stash location that an unknown female controlled. He detailed how members of the organization received narcotics. The conversation between PINEDA-ROBLES and the CI was audio/video recorded and later placed into PBSO evidence, along with related text messages between the two. Agents reviewed the recording and confirmed the CI's account of events. The crystal methamphetamine purchased by the CI field-tested positive and

weighed approximately 481.1 grams.  A DEA chemist analyzed the methamphetamine and found it to be 96% ± 6%, resulting in a net weight of **394.4 grams ±24.7 grams of methamphetamine (actual).**

7. On May 2, 2023, the CI contacted PINEDA-ROBLES at telephone number (941) 273-XXXX to arrange the purchase of four ounces of fentanyl. The CI met with PINEDA-ROBLES at XXX SW First Street, Boynton Beach, Florida 33435. Once inside the apartment, the CI purchased approximately 143.7 grams of fentanyl from PINEDA-ROBLES in exchange for $6300. The meeting was audio/video recorded. Agents reviewed the video and saw PINEDA-ROBLES counting money, after which he handed the CI a plastic bag containing a substance.  During the meeting, PINEDA-ROBLES talked about future transactions and stated that he (PINEDA-ROBLES) would be getting black tar heroin mixed with the "shit," most likely referring to fentanyl. The substance in the bag field-tested positive for fentanyl and cocaine.  **The mixture containing fentanyl weighed approximately 143.7 grams.**

8. On June 20, 2023, the CI spoke to PINEDA-ROBLES at (941) 273-XXXX to set up a narcotics transaction. The CI arranged for the introduction of a PBSO UC to purchase approximately 16 ounces of crystal methamphetamine for $2,000 from PINEDA-ROBLES. The call was recorded, and agents reviewed the recording.  The call corroborated the CI's account of the conversation.

9. On June 21, 2023, the PBSO UC contacted PINEDA-ROBLES utilizing cellular telephone number (941) 273-XXXX to purchase methamphetamine.  PINEDA-ROBLES directed the UC to meet at XXX SW First Street, Boynton Beach, Florida 33435. The UC arrived at the residence and PINEDA-ROBLES instructed the UC to come inside the residence. Once inside, PINEDA-ROBLES gave the UC a clear bag containing 16 ounces of crystal methamphetamine in

exchange for $2000. The meeting was audio/video recorded. The substance field-tested positive for methamphetamine and weighed approximately 463 grams.[1]

10. During the week of June 28, 2023, United States Postal Inspector Services (USPIS) Task Force Officer (TFO) Henry Ramos received information from California USPIS TFO Zachary Sumpter that two USPS parcels suspected of containing narcotics and were inbound from California to XXXX N. Military Trail, Unit E, West Palm Beach, FL, 33409 as part of the ongoing drug trafficking organization investigation. The parcels were identified as bearing USPS tracking numbers 9505 5141 0433 3177 6743 62 and 9505 5143 4862 3177 7385 56. Both parcels were subsequently intercepted in West Palm Beach prior to delivery. On June 30, 2023, Palm Beach County Sheriff's Office Agent Scott McAndrew utilized his canine partner, who is trained to detect the odor of narcotics and received a positive alert on both parcels. Two search warrants for the parcels were obtained. On July 5, 2023, warrants were executed and both parcels were opened. Inside USPS parcel bearing tracking number 9505 5143 4862 3177 7385 56, agents located approximately 585 grams of cocaine. Inside USPS parcel bearing tracking number 9505 5141 0433 3177 6743 62, agents located 605 grams of cocaine. Further investigation revealed that an unknown female utilizing telephone number (415) 734-XXXX, linked to H.J.V.M., contacted USPS customer support inquiring about the location of USPS parcel bearing tracking number 9505 5143 4862 3177 7385 56. Agents obtained a recording of the female inquiring about the location of the parcel. H.J.V.M. and PINEDA-ROBLES are friends on the Facebook social media platform. (415) 734-XXXX, utilized by H.J.V.M. was in contact with (239) 357-XXXX, utilized by PINEDA-ROBLES on July 13, 2023.

---

[1] Agents are awaiting a lab report to determine the purity of this mixture.

11.     On August 1, 2023, the CI contacted PINEDA-ROBLES at (941) 273-XXXX to arrange a narcotics transaction. The CI arranged for the UC to purchase approximately four (4) ounces of fentanyl from PINEDA-ROBLES for $5200. The call was recorded.

12.     On August 2, 2023, the CI and UC met with PINEDA-ROBLES at 2003 10th Avenue North, Lake Worth, Florida 33451. PINEDA-ROBLES arrived at the meeting location driving a silver Nissan sedan. This vehicle was, as of that date, registered to H.J.V.M. Once at the meeting location, PINEDA-ROBLES exited his vehicle and entered the rear passenger door of UC's vehicle. Inside the vehicle, PINEDA-ROBLES handed the UC a clear plastic bag containing a white rock-like and powdery substance, believed to be fentanyl. In return, the UC gave PINEDA-ROBLES $5200. The meeting was audio/video recorded. **The fentanyl field-tested positive and weighed approximately 120 grams.**

13.     After the transaction was completed, PINEDA-ROBLES had a casual conversation with UC and told him/her that PINEDA-ROBLES was involved in the sale and distribution of cocaine. PINEDA-ROBLES told the UC that a kilogram of cocaine could be purchased for $20,000. PINEDA-ROBLES also discussed future sales of crystal methamphetamine. After this conversation, PINEDA-ROBLES exited the UC's vehicle, returned to the Nissan sedan, and drove away. Agents conducted surveillance of PINEDA-ROBLES after the transaction, following him to a residence located at 220 Fleming Avenue, Greenacres, Florida 33463. PINEDA-ROBLES was observed by surveillance exiting the vehicle at the residence and walking into the back yard. He was then observed walking into a shed located on the southwest corner of the residence. At that time surveillance was discontinued.

14.     On or about March 20, 2024, I was conducting proactive searches on postal databases and identified two USPS priority parcels (hereinafter "SUBJECT PARCELS") as bearing common

characteristics to parcels containing narcotics. Based on my training and experience, the SUBJECT PARCELS all appeared to be related based on all being sent from Puerto Rico during similar time periods, paid for in cash, and having the same handwriting on the USPS labels. The SUBJECT PARCELS contained the following information:

15. USPS parcel bearing tracking number 9505 5147 8464 4079 5223 55 was addressed to "Tibursio Pineda, 429 Fleming Ave., Greenacres, FL, 33463, United States." USPS parcel bearing tracking number 9505 5114 1627 4079 6078 54 was addressed to "Pablo Garcia, 401 Fleming Ave., Greenacres, FL, 33463, United States."

16. On or about March 22, 2024, the SUBJECT PARCELS were individually placed in an open-air setting among similar sized parcels lined up on the floor at a USPS facility located at 3200 Summit Boulevard, West Palm Beach, FL, 33416. All parcels were examined by a narcotics-trained canine named "Wall-E," who alerted to the SUBJECT PARCELS for the presence of narcotics. Palm Beach County Sheriff's Office (PBSO) Deputy Cesar Tejada and "Wall-E" have trained and worked as a team for approximately three years. "Wall-E" has successfully completed 420 hours of Narcotics Detection Courses, and is certified in the detection of cocaine, heroin, methamphetamine and ecstasy as well as derivatives. "Wall-E" is certified on a yearly basis.

17. On March 22, 2024, the SUBJECT PARCELS were opened pursuant to federal search warrants. Law enforcement recovered approximately 1 kilogram of cocaine within each parcel, for a total of just over **2 kilograms of cocaine**.

18. On March 25, 2024, agents applied for and received federal anticipatory search warrants for 401 Fleming Avenue, Greenacres, Florida, 33463, and 429 Fleming Avenue, Greenacres, Florida, 33463. The search warrants allowed agents to place "sham" inside of the parcels to replicate the narcotics recovered, covert GPS monitors that allowed agents to track the

movements of the parcels, and alert beacons to notify agents when the parcels moved and/or were opened.

19. On March 26, 2024, at approximately 12:22 p.m., Inspector J. Henandez (USPIS) acting in an undercover capacity, delivered two of the SUBJECT PARCELS. One parcel was delivered to 401 Fleming Avenue, and the second parcel was delivered to 429 Fleming Avenue. At approximately 12:48 p.m., with the assistance of DEA and PBSO air support, agents saw PINEDA-ROBLES arrive at 429 Fleming Avenue in a dark colored Chevrolet Tahoe. At the same time, agents started receiving movement alerts from the parcel that had been delivered there, eventually tracking that parcel and PINEDA-ROBLES to 401 Fleming Avenue. At approximately 12:58 p.m., agents observed PINEDA-ROBLES arrive at 220 Fleming Avenue, Greenacres, FL, 33463; according to GPS data, the two parcels were stationary at 401 Fleming Avenue. Agents believe that PINEDA-ROBLES arrived at 429 Fleming Avenue, retrieved the parcel, and then took the parcel to 401 Fleming Avenue. There, PINEDA-ROBLES left both parcels, and then he drove the short distance to 220 Fleming Avenue. It should be noted that as agents observed PINEDA-ROBLES during this time, they observed PINEDA-ROBLES looking around constantly.

20. At approximately 1:29 p.m., agents observed PINDEA-ROBLES arrive back at 401 Fleming Avenue in a silver sedan. Immediately upon arrival, a Hispanic female, later identified as K.S.G., exited 401 Fleming Avenue, and retrieved a dark gray bag from PINEDA-ROBLES. K.S.G. took the bag inside 401 Fleming Avenue. She later exited 401 Fleming Avenue with the parcels visible inside the gray bag. She handed the bag and its contents to PINEDA-ROBLES, who was still inside his vehicle, and then she went back inside the residence. At the same time, agents began receiving parcel opening alerts from both parcels, indicating that PINEDA-ROBLES had opened both parcels. Agents observed PINEDA-ROBLES exit his vehicle and discard the

USPS parcels inside of a garbage can located in the front yard of 401 Fleming Avenue. He then immediately left the area. Agents later retrieved the discarded parcels which only contained the GPS trackers and alert beacons.

21. Agents observed PINEDA-ROBLES drive away from 401 Fleming Avenue. At approximately 1:50 p.m., a traffic stop was initiated by the Florida Highway Patrol and PINEDA-ROBLES was taken into custody in the area of 4215 South Military Trail, Greenacres, FL, 33463. Agents observed the dark gray bag on the front passenger seat that contained approximately two (2) kilograms of sham cocaine.

22. PINEDA-ROBLES was taken to the DEA West Palm Beach Office and read his *Miranda* Rights. Post-*Miranda* PINEDA-ROBLES was shown evidence that agents gathered during this investigation. Agents informed PINEDA-ROBLES of the charges stemming from this investigation. At that point, PINEDA-ROBLES' eyes began to tear up and he said the phrase, "stay tre" on multiple occasions. It should be noted that this phrase is commonly used by gang members meaning "stay 13," referring to the Sur-13 gang.

24. Based on the facts outlined above, your affiant believes there is a probable cause to charge Josue PINEDA-ROBLES with possession with the intent to distribute fifty (50) grams or more of methamphetamine (actual) on March 29, 2023, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (May 2, 2023, and August 2, 2023), and with attempted possession with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine (March 26, 2024), each in violation of 21 U.S.C. §

841(a)(1) or § 846.

                        FURTHER YOUR AFFIANT SAYETH NAUGHT.

                        *[signature]*

                        Henry Ramos
                        TFO United States Postal Inspection Service

Sworn to me via Telephone-FaceTime by the affiant in accordance with the requirements of Fed. R. Crim. P 4.1 on this ~~24~~ 27 day of March 2024.

                        *[signature: Bruce Reinhart]*

                        BRUCE E. REINHART
                        UNITED STATES MAGISTRATE JUDGE
                        SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Josue Pineda-Robles

**Case No**: 24-8150-BER

Count #: 1

Possession with the intent to distribute 50 grams or more of methamphetamine (actual)

Title 21, United States Code, Section 841(a)(1)

* **Max. Term of Imprisonment: life imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years - life**
* **Max. Fine: $10 million dollars**

Count #2

Possession with the intent to distribute 40 grams or more of a mixture containing fentanyl

Title 21, United States Code, Section 841(a)(1)

* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years - life**
* **Max. Fine: $5 million dollars**

Count #3

Attempted possession with the intent to distribute 500 grams or more of a mixture containing cocaine

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years - life**
* **Max. Fine: $5 million dollars**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.